IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-635-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROX. $2,209 IN UNITED STATES ) | |
| CURRENCY; and APPROX. $50,000 IN ) | |
| FUNDS, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| THUY TIEN LUON, ) | |
| ) | |
| Claimant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify Pretrial Order And Case Management Plan" (Document No. 11) filed January 31, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, the consent of the United States and Claimant, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify Pretrial Order And Case Management Plan" (Document No. 11) is **GRANTED**. The parties will not be required to participate in Alternative Dispute Resolution ("ADR"), and the deadline for discovery completion is extended to **May 29, 2020**.

**SO ORDERED.**

Signed: January 31, 2020

David C. Keesler
United States Magistrate Judge