# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-635-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $2,209 IN UNITED ) | ORDER |
| STATES CURERNCY SEIZED DURING ) | |
| EECUTION OF A SEARCH WARRANT AT ) | |
| LUXURY NAILS SALON IN DAVIDSON, ) | |
| NORTH CAROLINA;  and ) | |
| ) | |
| APPROXIMATELY $50,000 IN FUNDS ) | |
| SEIZED VIA SEIZURE WARRANT FROM ) | |
| WELLS FARGO ACCOUNT XXXXXX5867, ) | |
| SUCH ACCOUNT HELD IN THE NAME OF ) | |
| LUXURY NAILS SALON ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 13) filed March 30, 2020 by the United States of America, pursuant to 18 U.S.C. § 981(g)(1), and Claimant Thuy Tien Luong, through counsel, pursuant to 18 U.S.C. § 981(g)(2). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

The parties jointly request that the Court stay all proceedings in this civil forfeiture case pending the completion of a related criminal case (No. 3:20-CR-079-KDB-DCK) filed against Claimant Luong. For the reasons stated in the Joint Motion, the undersigned finds good cause to stay this case. (Document No. 13).

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 13) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court. The parties shall

file a status report, or a motion to lift the stay, within **fourteen (14) days** of the conclusion of the related criminal case.

    **SO ORDERED**.

Signed: March 30, 2020

David C. Keesler
United States Magistrate Judge