IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CV-635-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| APPROX. $2,209 IN UNITED STATES CURRENCY, APPROX. $50,000 IN FUNDS, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

On March 31, 2020, the undersigned granted the parties' "Joint Motion To Stay" (Document No. 13) and directed that a status report be filed within fourteen days of the conclusion of the criminal case. (Document No. 14). It appears that the related criminal trial concluded on or about January 8, 2021, and resulted in the conviction of Claimant Thuy Tien Luong. See (3:20-CR-079-KDB-DCK-1, Document No. 74).

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall file a Status Report, jointly if possible, on or before **January 19, 2022**. In the alternative, counsel may file a Stipulation of Dismissal.

**SO ORDERED**.

Signed: January 7, 2022

David C. Keesler
United States Magistrate Judge